UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Bryant Lane

       v.                              Case No. 10-cv-225-LM

Saint Anselm College, et al.,


O R D E R

By Order dated June 8, 2010, this case was transferred to this judicial district from the District of Massachusetts.  Counsel for the plaintiff, Robert H. Carp, Esq., is not a member of this district's bar.  Local Rule 83.2(b) requires that an attorney who is not a member of this district's bar may be permitted to practice before this court, known as pro hac admission, only on motion by a member of our bar, otherwise referred to as local counsel, and that local counsel must at all times remain associated with the case.  By Clerk's Order dated June 17, 2010, Attorney Carp was notified of the requirements of LR 83.2(b) and given thirty (30) days to comply.  The Order further made clear that the failure to comply with these requirements may result in the matter being referred to a judicial officer for appropriate action.  As of this date, Attorney Carp has failed to comply with the requirements of LR 83.2(b).

Attorney Carp shall have fourteen (14) days from the date of this order to comply with the requirements of LR 83.2(b).  Should Attorney Carp fail to comply with LR 83.2(b) within this

time frame, he shall be removed as counsel of record and prohibited from representing the plaintiff in the case without further order of the court.

    SO ORDERED.


Date:  July 30, 2010            /s/ Daniel J. Lynch
                                              Daniel J. Lynch
                                              U.S. Magistrate Judge


cc:  Counsel of Record