UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

Bryant Lane,

*Plaintiff*

v.                                                            Docket No. 1:10-cv-225-LM

Saint Anselm College, Fr. Augustine Kelly,
Andrew S. Litz, Mark Cronin, Ph.D.,
Donald Davidson, Susan Weintraub,
Brian McDonough Jr., Brian McDonough Sr.
Two Yet To Be Identified Security Guards,

*Defendants*

## Order

The Court has reviewed the Stipulation of Dismissal set forth above and incorporated in this Order as if fully set forth in it. Accordingly,

IT IS ORDERED that:

1. This matter is dismissed with prejudice;

2. The Court retains jurisdiction of this matter for the purposes of taking any action needed to enforce the terms of this proposed order; and

3. Each party is to bear its own costs.

**Dated**: 11/4/2010

/s/ Landya B. McCafferty
Landya McCafferty, United States Magistrate Judge